# In the United States Court of Federal Claims

No. 13-1023

Filed: March 15, 2016

*****************************************

```
                                         *
                                         *
MW BUILDERS, INC. f/n/a                   *
MW BUILDERS OF TEXAS, INC.,               *
                                         *
        Plaintiff,                        *
                                         *
v.                                        *
                                         *
THE UNITED STATES,                        *
                                         *
        Defendant.                        *
                                         *
                                         *
                                         *
                                         *
```

*****************************************


## ORDER

On March 15, 2016, the court held a telephone status conference. Pursuant to the status conference and Rule 15(a)(2) of the Rules of the United States Court of Federal Claims ("RCFC"), the court **grants** the Government's February 17, 2016 Motion For Leave To Amend Its Answer. *See Foman v. Davis*, 371 U.S. 178, 182 ("Rule 15(a) declares that leave to amend shall be freely given when justice so requires; this mandate is to be heeded. . . . [T]he leave sought should, as the rules require, be freely given.") (internal quotations omitted). In addition, the Government will amend the RCFC 26(a) disclosure by Friday, March 18, 2016. If Plaintiff sends interrogatories on or before Friday, March 18, 2016, the Government will respond to them within seven business days.

The court will convene another telephone status conference on Monday, March 21, 2016 at 2:00pm EST.

**IT IS SO ORDERED.**

s/ Susan G. Braden
**SUSAN G. BRADEN**
**Judge**